UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: **16-62316-CIV-MORENO**

NICHOLAS VARGAS,

       Plaintiff,

vs.

WHOLE FOODS MARKET GROUP, INC.
and HADSHAD PATEL,

       Defendants.

_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Joint Stipulation for Dismissal with Prejudice (**D.E. 32**), filed on **June 29, 2017**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court retains jurisdiction for six months to enforce the terms of the settlement. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this __30__ of June 2017.

                                            ROBERT N. SCOLA, JR. FOR:
                                            FEDERICO A. MORENO
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record